# Christopher J. Bowes, Esq.

54 Cobblestone Drive
Shoreham, NY 11786
Tel/Fax (631) 929-1700
Cell (212) 979-7575
Email cjbowes@gmail.com

_____

March 9, 2026

Via ECF
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, NY 10007

RE:    Done v. SSA
       1:25 civ 9017 (VF)

Dear Judge Figueredo:

I am writing to request an extension of time to serve Plaintiff's Brief in the above captioned case. The certified administrative record was filed on February 10, 2026 and so Plaintiff's Brief is due to be filed on March 12, 2026. This is plaintiff's first request for an extension of time.

Due to multiple deadlines coming due at the same time, I have been unable to complete Plaintiff's papers. Counsel for the Commissioner, SAUSA Sergei Aden, kindly consents to this request and counsel for the parties respectfully request approval of the following revised schedule:

April 13, 2026    Plaintiff's Motion for Judgment on the Pleadings
June 12, 2026     Defendant's Responsive Brief
June 29, 2026     Plaintiff's Reply Brief

Thank you for you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: March 10, 2026**

The extension request is GRANTED and deadlines proposed herein ADOPTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 9.